UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------X
HILDA CRUZ

       Plaintiff,　　　　　　　　　　MEMORANDUM AND ORDER

   -against-　　　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　　CV-05-0350 (DGT)
COMMISSIONER SOCIAL SECURITY

       Defendant.

---------------------------------X
Trager, J:

   Pursuant to sentence four (4) of 42 U.S.C. § 405(g), this matter is remanded to the Commissioner for the sole purpose of obtaining assessments of plaintiff's residual functional capacity by Dr. Fineman, Dr. Weiner, and any other treating physicians. If necessary based on their reports, the Administrative Law Judge will also consider the testimony of a vocational expert.

   The Clerk of the Court is directed to close this case.


Dated: Brooklyn, New York
      March 29, 2006

                                     SO ORDERED:


                                     ___/s/_____
                                     David G. Trager
                                   United States District Judge