UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HILDA CRUZ,

                Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

JUDGMENT
05-CV-0350 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ MAR 31 2006 ★
BROOKLYN OFFICE

        A Memorandum and Order of Honorable David G. Trager, United States District Judge, having been filed on March 29, 2006, remanding the matter to the Commissioner for the sole purpose of obtaining assessments of plaintiff's residual functional capacity by Dr. Fineman, Dr. Weiner, and any other treating physicians; and if necessary based on their reports, the Administrative Law Judge will also consider the testimony of a vocational expert; it is

        ORDERED and ADJUDGED that the matter is remanded to the Commissioner for the sole purpose of obtaining assessments of plaintiff's residual functional capacity by Dr. Fineman, Dr. Weiner, and any other treating physicians; and that if necessary based on their reports, the Administrative Law Judge will also consider the testimony of a vocational expert.

Dated: Brooklyn, New York
       March 30, 2006

                                                      s/Robert C. Heinemann
                                                      ROBERT C. HEINEMANN
                                                      Clerk of Court